IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-148 |
| ) | |
| DONTAY GREEN  ) | |

<u>O R D E R</u>

AND NOW, to wit, this _9th_ day of _March_, 2007, in consideration of the Government's Motion to Dismiss Indictment,

IT IS HEREBY ORDERED that Criminal Indictment No. 06-148 against DONTAY GREEN, be and the same is hereby dismissed.

_____
Honorable Gary Lancaster
United States District Judge

cc:  Defense Counsel
     U.S. Attorney
     U.S. Marshals
     Pretrial Services